IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAKEYSHA YOUNG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY CAMPUS SAFETY SERVICES, et al. | : | NO. 15-2892 |

## ORDER

**AND NOW**, this 28th day of October, 2015, upon consideration of "Temple University's Motion to Dismiss Plaintiff's Complaint," (Docket No. 4) and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED**.

2. Counts I, II, the "Supplemental Claims," and Count III of the Complaint are **DISMISSED WITHOUT PREJUDICE** as against Temple University Campus Safety Services and Temple University Police Department ("Temple University") only.[1] On or before November 20, 2015, Plaintiff may file an amended complaint that cures the deficiencies in the Complaint.

BY THE COURT:

/s/John R. Padova
_____
John R. Padova, J.

---

[1] Counts I, II, and the "Supplemental Claims" assert causes of action as against Temple University only. Count III appears to assert a claim against Temple University and Defendant Ama Jones. Defendants did not move to dismiss Count III as against Defendant Ama Jones.